# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-690
_____

DAMON WALKER,

Appellant,

v.

SHERIFF OF BAY COUNTY,
FLORIDA et al.,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.

September 29, 2022

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Damon Walker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Robert Waylon Thompson of Bay County Sheriff's Office, Panama City, for Appellees.